```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 18937
    JESSIE C WELLS
    PATRICIA L WELLS                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-0391     SSN XXX-XX-3257


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/23/08 .

    2.  The case was dismissed without confirmation, 09/19/2008.

    3.  The Debtor paid a total of $   1330.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST FRANKLIN | CURRENT MORTG | .00 | .00 | .00 |
| FIRST FRANKLIN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| REAL TIME RESOLUTIONS | SECURED | .00 | .00 | .00 |
| REAL TIME RESOLUTIONS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| MARQUETTES LANDING HOA | SECURED | .00 | .00 | .00 |
| MARQUETTES LANDING HOA | SECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED VEHIC | .00 | .00 | 81.85 |
| WILL COUNTY TREASURER | SECURED | 4212.44 | .00 | 1100.30 |
| HINSDALE HOSPITAL | SECURED | 270.70 | .00 | 70.71 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| AFFINITY CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| CMK INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |

```
NCO FINANCIAL SYSTEMS        UNSECURED       NOT FILED               .00              .00
NCO FINANCIAL SYSTEMS        UNSECURED       NOT FILED               .00              .00
PALMS CONDO ASSOC            UNSECURED       NOT FILED               .00              .00
PAYDAY LOAN STORE            UNSECURED       NOT FILED               .00              .00
PORTFOLIO RECOVERY ASSOC     UNSECURED       NOT FILED               .00              .00
RESURRECTION SERVICES LA     UNSECURED       NOT FILED               .00              .00
OUR LADY OF THE RESURREC     UNSECURED       NOT FILED               .00              .00
RESURRECTION SERVICES LA     UNSECURED       NOT FILED               .00              .00
RJM ACUISITION FUNDING       UNSECURED       NOT FILED               .00              .00
PAYDAY LOAN STORE            UNSECURED       NOT FILED               .00              .00
```

Summary of disbursements:

----

|                     | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|---------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED  | 4483.14  | .00      | .00       | .00   | 4483.14  |
| PRINCIPAL PAID      | 1252.86  | .00      | .00       | .00   | 1252.86  |
| INTEREST PAID       | .00      | .00      | .00       | .00   | .00      |
| TOTAL PAID          | 1252.86  | .00      | .00       | .00   | 1252.86  |

The Debtor's attorney, GREENBERG & ASSOC        , was allowed $   3500.00
and was paid $   1060.00  direct and $      .00  through the plan.

The Trustee received $      77.14 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 12/18/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE



                                PAGE   2
         CASE NO. 08 B 18937 JESSIE C WELLS & PATRICIA L WELLS